**Maxine MUELLER, Personal Representative, Estate of William T. Mueller, Petitioner–Respondent,**

v.

**Sharyn F. MUELLER, Respondent–Appellant.**

**No. 59342.**

Missouri Court of Appeals,
Eastern District, Division Two.

Feb. 9, 1993.

Timothy A. Graham, Hyatt Legal Services, St. Louis, for appellant.

Daniel Eugene Nack, St. Charles, for respondent.

Before CRANDALL, P.J., and PUDLOWSKI and GRIMM, JJ.

ORDER

PER CURIAM.

Wife, Sharyn F. Mueller, appeals from a decree of dissolution of her marriage to husband, William T. Mueller.[1] The decree is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. A written opinion would have no precedential value. The decree of the trial court is affirmed. Rule 84.16(b).

1. While this appeal was pending, husband died and Maxine Mueller, his wife at the time of his death, was substituted as the proper party.